**Pennsylvania BOARD OF PROBATION & PAROLE, DEPARTMENT OF CORRECTIONS, Appellees.**

Supreme Court of Pennsylvania.

Feb. 22, 2001.

No. 5 W.D. Appeal Docket 2001.

### O R D E R

PER CURIAM:

**AND NOW,** this 22nd day of February, 2001, probable jurisdiction is noted and the order appealed is affirmed. The Application For An Immediate Hearing is dismissed as moot.

**Mark J. CONWAY and Mollie M. Conway, Individually and as Parents and Natural Guardians of Madison C. Conway, a minor, Petitioners,**

v.

**Amy YAVOREK, and Ob–Gyn Consultants, Ltd., Respondents.**

Supreme Court of Pennsylvania.

Feb. 28, 2001.

### *ORDER*

PER CURIAM:

**AND NOW,** this 28th day of February, 2001, the Petition For Allowance of Appeal is GRANTED and this matter is VACATED and REMANDED to the Superior Court for further consideration in light of this Court's decision in *Fancsali v. University Health Center,* 761 A.2d 1159 (Pa. 2000).